**Electronically Filed
Supreme Court
SCPR-23-0000716
21-DEC-2023
10:51 AM
Dkt. 7 OGP**

SCPR-23-0000716

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE SARA PETERS, Petitioner.

_____

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Intermediate Court of Appeals Associate Judges
Leonard and Hiraoka, assigned by reason of vacancies)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Sara Peters (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has fully complied with the requirements of RSCH 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 8042, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

IT IS FURTHER ORDERED that the request to waive the filing fee for this matter is granted, and the Clerk shall process the petition without payment of the filing fee.

DATED:  Honolulu, Hawaiʻi, December 21, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Katherine G. Leonard

/s/ Keith K. Hiraoka